UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:17-CR-253-2FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| JARMAINE ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the defendant, by and through Counsel, it is hereby ORDERED that Docket Entry Number 92 and its accompanying Order in the above-captioned matter be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney's Office and Defendant's Counsel.

SO ORDERED this 17th of July 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE